Ron C. Finley, Esq. (Cal. Bar No. 200549)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: rfinley@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiff
FAVO LLC

**IT IS SO ORDERED**
Judge James Ware
11/9/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAVO LLC,<br><br>        Plaintiff<br><br>  v.<br><br>JAMES CHAPMAN and CHAPMAN'S LT PLUS,<br><br>        Defendants. | Case No. C 09 03470 JW<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1       Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Favo LLC, by and through its attorneys, as the only party that has appeared in the above-entitled action, hereby dismisses all claims in the above-entitled action.

5   Dated: November 6, 2009                     /s/

                                      Jeremy M. Duggan
                                      Beck, Ross, Bismonte & Finley, LLP
                                      Attorneys for Plaintiff
                                      FAVO LLC

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: November 9, 2009                    _/s/ James Ware_____
                                         United States District Judge